| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| CLAUDIA TRAHAN DECUIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:21-CV-00587 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 8, 2021, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters under a standing order. Doc. No. 7. Pending before the court are Defendant Allstate Texas Lloyds' *Motion to Limit Attorney's Fees* (Doc. No. 9) and *Verified Plea in the Abatement* (Doc. No. 10).

On February 8, 2022, Judge Hawthorn recommended that the court grant Allstate's Motion to Limit Attorney's Fees but deny as moot its Verified Plea in the Abatement. Doc. No. 14. Plaintiff Claudia Decuir has not filed objections to the Report and Recommendation, and the time for doing so has passed. Nevertheless, the court has reviewed Judge Hawthorn's Report and Recommendation and concludes that its factual findings and statements of law are correct.

It is therefore **ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 14) is **ADOPTED**.   Defendant Allstate Texas Lloyds' *Motion to Limit Attorney's Fees* (Doc. No. 9) is **GRANTED**, but its *Verified Plea in the Abatement* (Doc. No. 10) is **DENIED AS MOOT**.

SIGNED at Beaumont, Texas, this 26th day of April, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2